

# Fourth Court of Appeals
## San Antonio, Texas

December 17, 2014

No. 04-14-00858-CV

**IN THE INTEREST OF DM**,

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-01692
Honorable Peter A. Sakai, Judge Presiding

## O R D E R

This is an accelerated appeal of an order terminating the appellant's parental rights which must be disposed of by this court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. The reporter's record is due to be filed on December 19, 2014. The court reporter has filed a notification of late record requesting a twenty-day extension to January 8, 2015, to file the record. Because each extension in an accelerated appeal must not exceed ten days, TEX. R. APP. P. 35.3(d), the request is GRANTED IN PART. The reporter's record must be filed no later than December 29, 2014.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of December, 2014.

_____
Keith E. Hottle
Clerk of Court